able to the presentment agency (*see Matter of David H.*, 69 NY2d 792, 793 [1987]), we conclude that Family Court's finding that respondent committed an act that, if committed by an adult, would constitute the crime of criminal mischief in the fourth degree (Penal Law § 145.00 [1]) is supported by legally sufficient evidence. Contrary to the contention of respondent, the evidence is legally sufficient to establish that he intended to break the window at issue, which was located in a bedroom at the Children's Home of Jefferson County. Intent may be inferred from respondent's conduct and the surrounding circumstances (*see Matter of Margaret A.W.*, 1 AD3d 881 [2003]; *Matter of Marcel F.*, 233 AD2d 442 [1996]) and, here, the evidence establishes that respondent was angry and used vulgar language just before breaking the window and that he punched the window twice, whereupon it shattered. Present—Pigott, Jr., P.J., Green, Hurlbutt, Scudder and Lawton, JJ.

■■■ In the Matter of LYNNE S. VALLONE, Respondent, v RICHARD A. VALLONE, Appellant. (Appeal No. 1.) [773 NYS2d 682]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered January 7, 2002. The order revoked the suspension of a prior order committing respondent to the Erie County Correctional Facility for a term of six months for willful failure to pay child support arrears.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Memorandum: In appeal No. 1, respondent appeals from an order revoking the suspension of a prior order committing him to jail for six months for failure to pay child support arrears and, in appeal No. 2, he appeals from an "Order of Commitment." Because respondent has completed serving his jail term, the appeals are moot (*see Matter of Sales v Brozzo*, 3 AD3d 807 [2004]; *Matter of Lane v Lane*, 216 AD2d 641, 642 [1995]; *see also Matter of Sabrina O.*, 309 AD2d 984 [2003]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Scudder and Lawton, JJ.

■■■ In the Matter of LYNNE S. VALLONE, Respondent, v RICHARD A. VALLONE, Appellant. (Appeal No. 2.) [773 NYS2d 715]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered January 7, 2002. The order revoked the suspension of a prior order and committed respondent to the Erie County Correctional Facility for a term of six months.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Vallone v Vallone* (5 AD3d 1092 [2004]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Scudder and Lawton, JJ.